UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-22446-CIV-ALTONAGA/Goodman

HERBERT BAUSSIQOUT,             )
                                )
         Plaintiff,             )
v.                              )
                                )
AKAL SECURITY, INC.,            )
                                )
         Defendant.             )
_____)

**DEFENDANT'S NOTICE OF FILING DOCUMENTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendant, Akal Security, Inc., by and through its undersigned counsel, hereby files the following documents in support of its Motion for Summary Judgment:

1. Exhibit 1 – Affidavit of Josephine Coker and exhibits cited therein;

2. Exhibit 2 – Excerpts from the January 17, 2018 deposition transcript of Josephine Coker;

3. Exhibit 3 – Affidavit of Lenora Seymour and exhibits cited therein;

4. Exhibit 4 – Excerpts from the January 19, 2018 deposition transcript of Lenora Seymour;

5. Exhibit 5 – Affidavit of Marc Elias;

6. Exhibit 6 - Excerpts from the January 19, 2018 deposition transcript of Marc Elias;

7. Exhibit 7 – Excerpts from the January 22, 2018 deposition transcript of Michelle Jones;

8. Exhibit 8 – Excerpts from the January 12, 2018 deposition transcript of Joseph Olmedo and exhibit cited therein;

Case No. 17-22446-CIV-ALTONAGA/Goodman

      9.    <u>Exhibit 9</u> – Plaintiff's Responses to Defendant's First Request for Admissions dated October 16, 2017;

      10.    <u>Exhibit 10</u> – Plaintiff's Amended Responses to Defendant's First Request for Admissions dated November 8, 2017; and

      11.    <u>Exhibit 11</u> – Excerpts from the December 21, 2017 deposition of Herbert Baussiquot and exhibits cited therein.

Dated: February 6, 2018

      Respectfully submitted,

      s/ Jason D. Berkowitz
      Jason D. Berkowitz, Esq.
      E-mail: *jason.berkowitz@jacksonlewis.com*
      Florida Bar No. 0055414
      Daniel J. Butler, Esq.
      E-mail: *daniel.butler@jacksonlewis.com*
      Florida Bar No. 111398
      JACKSON LEWIS P.C.
      One Biscayne Tower, Suite 3500
      2 South Biscayne Boulevard
      Miami, Florida 33131
      Telephone:  305-577-7600
      Facsimile:  305-373-4466
      Attorneys for Akal Security, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of February 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on the counsel of record identified on the below Service List in the manner specified below.

      s/ Jason D. Berkowitz
      Jason D. Berkowitz, Esq.

Case No. 17-22446-CIV-ALTONAGA/Goodman

## **SERVICE LIST**

Peter M. Hoogerwoerd, Esq.
E-mail: *pmh@rgpattorneys.com*
Nathaly Lewis, Esq.
E-mail: *nl@rgpattorneys.com*
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Tel: (305) 416-5000
Fax: (305) 416-5005
Counsel for Plaintiff
Method of Service:  Notices of Electronic Filing generated by CM/ECF