UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 17-CV-22446-ALTONAGA

HERBERT BAUSSIQUOT,

    Plaintiff,

vs.

AKAL SECURITY INC
    Defendant.

_____/

**PLAINTIFF, HERBERT BAUSSIQUOT'S APPENDIX IN SUPPORT OF HIS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff, HERBERT BAUSSIQUOT, ("Baussiquot" or "Plaintiff") respectfully submits his Appendix of Exhibits in support of his Motion for Partial Summary Judgment:

| Exhibit | Description |
|---|---|
| Defendant's Answer | Defendant's Answer and Statement of Defenses to Plaintiff's Amended Complaint. |
| Seymour Tr. | Deposition Transcript of Lenora Seymour (January 19, 2018) |
| Olmedo Tr. | Deposition Transcript of Joseph Olmedo (January 12, 2018) |
| Coker Tr. | Deposition Transcript of Josephine Coker (January 17, 2018) |
| Elias Tr. | Deposition Transcript of Marc Elias (January 19, 2018). |
| Exhibit 1 | Defendant's Employee Manual Bates DEF 000542-000625 |
| Exhibit 2 | Notice of Eligibility and Rights & Responsibilities (FMLA) 7/7/2016 Bates DEF 000272-000273. |
| Exhibit 3 | Approval Letter dated 7/17/2016 - Bates DEF 000274. |
| Exhibit 4 | Notice of Eligibility and Rights & Responsibilities (FMLA) 10/14/2016 Bates DEF 000280-000281. |
| Exhibit 5 | Approval Letter dated 10/14/2016 - Bates DEF 000282. |
| Exhibit 6 | Intermittent Tracking Sheet Bates DEF 000804. |
| Composite Exhibit 7 | Emails from Olmedo Bates DEF 000391, 000400. |
| Exhibit 8 | Email from Olmedo to Supervisor Bates DEF 000375 |

| Exhibit 9  | Defendant's Responses to Plaintiff's First Set of Interrogatories. |
|---|---|
| Exhibit 10 | Range Qualifications Completed Email Bates DEF 000338. |
| Exhibit 11 | Range qualification Scheduled for 9/10/16 Bates DEF 000381. |
| Exhibit 12 | Email dated 9/13/16 re: Officers missing Requalification Bates DEF 000383-000384. |
| Exhibit 13 | Plaintiff's Information Report Form dated 9/26/16. Bates DEF 000182-000183. |
| Exhibit 14 | Personnel Action Report (PAR) Dated September 26, 2016. Bates DEF 000227. |
| Exhibit 15 | Letter to Plaintiff re: Removal from Schedule pending further notice Bates DEF 000228. |
| Exhibit 16 | Email to Josephine Coker Re: Disciplinary and Termination Request Bates DEF 000448-000451. |
| Exhibit 17 | Minimum Standards for Employee Conduct & Qualifications for Duty Bates DEF 000250-000257. |
| Exhibit 18 | Termination letter Bates DEF 000201. |

Dated: February 6, 2018.                    Respectfully Submitted,

*/s/ Nathaly Lewis*
Peter M. Hoogerwoerd, Esq.
Florida Bar No.: 0188239
pmh@rgpattorneys.com
Nathaly Lewis, Esq.
Florida Bar No.: 118315
nl@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/ Nathaly Lewis
    NATHALY LEWIS, Esq.

## **SERVICE LIST**

Peter Michael Hoogerwoerd, Esq.
Florida Bar No. 188239
Email: pmh@rgpattorneys.com
Nathaly Lewis, Esq.
Florida Bar No. 118315
Email: nl@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

Counsel for Plaintiff

Jason D. Berkowitz, Esq.
E-mail: jason.berkowitz@jacksonlewis.com
Florida Bar No. 0055414
Daniel J. Butler, Esq.
E-mail: daniel.butler@jacksonlewis.com
Florida Bar No. 111398
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-577-7600
Facsimile: 305-373-4466

Attorneys for Akal Security, Inc