UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-22446-CIV

HERBERT BAUSSIQUOT,

    Plaintiff,

VS.

AKAL SECURITY,

    Defendant.
_____/

DEPOSITION OF MARC ELIAS

TAKEN ON BEHALF OF THE PLAINTIFF
JANUARY 19, 2018
10:00 A.M. TO 11:06 A.M.

UNIVERSAL COURT REPORTING
44 WEST FLAGLER STREET, 20th FLOOR
MIAMI, FL 33130

REPORTED BY:
MELLISSA BRIGGETTE, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



**Page 2**

```
 1         APPEARANCES OF COUNSEL
 2  ON BEHALF OF THE PLAINTIFF:
 3     NATHALY LEWIS, ESQUIRE
        REMER & GEORGES-PIERRE, PLLC.
 4      44 WEST FLAGLER STREET, SUITE 2200
        MIAMI, FL 33130
 5      (305) 416-5000
        NL@RGATTORNEYS.COM
 6
    ON BEHALF OF THE DEFENDANT:
 7
        JASON D. BERKOWITZ, ESQUIRE
 8      JACKSON LEWIS, P.C.
        2 SOUTH BISCAYNE BLVD, SUITE 3500
 9      MIAMI, FL 33131
        (305) 557-7600
10      JASON.BERKOWITZ@JACKSONLEWIS.COM
```

**Page 4**

```
         INDEX OF EXHIBITS
EXHIBIT     DESCRIPTION            PAGE
  1     Report Form (000182-000183)  39
```

**Page 3**

```
        INDEX OF EXAMINATION
WITNESS: MARC ELIAS
                              Page
DIRECT EXAMINATION
  By NATHALY LEWIS, Esquire      5
```

**Page 5**

```
 1           DEPOSITION OF MARC ELIAS
 2               JANUARY 19, 2018
 3  Thereupon:
 4           MARC ELIAS,
 5  was called as a witness, and after having been first
 6  duly sworn, testified as follows:
 7           DIRECT EXAMINATION
 8  BY MS. LEWIS:
 9     Q   Good morning Mr. Elias.
10     A   Good morning.
11     Q   My name is Nathaly Lewis, I am one of the
12  attorneys representing Mr. Baussiquot in a lawsuit that
13  he has brought against Akal.
14     A   Right.
15     Q   And I'm here to ask you some questions
16  regarding his employment with Akal. Have you ever had
17  your deposition taken before?
18     A   Yes, I have.
19     Q   Okay. And how many times?
20     A   Over a hundred times.
21     Q   Okay. Is this all related to your employment
22  with Akal?
23     A   No, prior employment.
24     Q   I'm sorry?
25     A   Prior employment.
```



Elias, Marc    01-19-2018

Page 6

1  Q  Prior employment, okay. So, I'm sure you are
2  familiar with some of the rules during a deposition but
3  I'm going to go over some ground rules that we'll be
4  dealing with today.
5  A  That's fine.
6  Q  I will be asking you some questions. If you
7  don't understand a question that I'm asking you, please
8  let me know and I will try my best to rephrase the
9  question so you can understand what I'm asking you. If
10 you do give me an answer to my question, I will assume
11 that you understood the question. Is that fair?
12 A  Yes.
13 Q  We can get a little conversational throughout
14 the deposition. As you can see there's a Court Reporter
15 here taking everything down, so, I will please ask you
16 to let me finish my question and then you can give me
17 your answer. Okay?
18 A  Yes.
19 Q  You are doing okay so far but during the
20 deposition, I will be asking you questions and sometimes
21 you will give me a "um-hum, uh-huh" or shake your head
22 and although I understand what you mean, it's hard for
23 the Court Reporter to take down. So, I please ask you
24 to answer out loud and state your answers. Okay?
25 A  Yes.

Page 7

1  Q  If at any point you need a break during the
2  deposition please let me know; all I ask is that if
3  there's a question pending, you give me your answer
4  before we take the break. Okay?
5  A  Okay.
6  Q  From time to time you will hear Counsel object
7  to the question. If he does, you can still give me an
8  answer unless he instructs you not to answer. Okay?
9  A  Okay.
10 Q  Are you currently on any medication or other
11 substance that will prohibit you from giving your true
12 and accurate testimony today?
13 A  No.
14 Q  Are you currently on any medication or other
15 substance that will prohibit you from recalling events
16 from 2015 or 2016?
17 A  No.
18 Q  How did you prepare for the deposition today?
19 A  I had met with the attorneys yesterday.
20 Q  Did you review any documents?
21 A  No.
22 Q  Was there anybody else -- during your meeting
23 with Counsel, was there anybody else present?
24 A  No.
25 Q  Have you ever been a party to a lawsuit either

Page 8

1  the plaintiff or defendant?
2  A  No.
3  Q  Have you ever been arrested?
4  A  No.
5  Q  How long have you been working for Akal?
6  A  Three years now.
7  Q  And what was the position at the time you were
8  hired?
9  A  I was hired as the senior instructor.
10 Q  Are you currently still holding that position?
11 A  Yes, I am.
12 Q  And what are your duties as a senior
13 instructor?
14 A  I teach different subjects that is required of
15 me by the company.
16 Q  And what subjects are those?
17 A  Firearm policies, firearm procedures, 40-hour
18 mandatory training for all the detention officers at
19 Krome.
20 Q  Who do you report to?
21 A  To Andrea Gauthier, she is the training
22 manager.
23 Q  Can you spell her last name for me please?
24 A  G-A-U-T-H-I-E-R.
25 Q  And who directly reports to you?

Page 9

1  A  No one.
2  Q  So, you don't supervise anybody?
3  A  No, I don't.
4  Q  During your employment with Akal, have you
5  received any evaluations -- performance evaluations?
6  A  No, I have not.
7  Q  Do you meet with your supervisor informally to
8  assess your performance in your employment?
9  A  No.
10 Q  Have you received any disciplinary actions
11 while employed at Akal?
12 A  No.
13 Q  Are there any other senior instructors for
14 Akal?
15 A  No, I'm the only senior instructor.
16 Q  Where were you employed previously?
17 A  Previously I was employed with the City of
18 North Miami Police Department.
19 Q  And what was your position?
20 A  I was the Chief of Police.
21 Q  And how long were you a Chief of Police for
22 the City of Miami?
23 A  Three and a half years.
24 Q  Why did you leave the position?
25 A  Lifespan of a Chief of Police is limited.



Elias, Marc   01-19-2018

10

1  Q  What was your position before that?
2  A  I was with the School Board of Broward County,
3  an Internal Affairs/Investigator/Firearm Instructor.
4  Q  How long were you with the school board?
5  A  Close to nine years.
6  Q  And what is your educational background?
7  A  I have a bachelor's degree.
8  Q  In what?
9  A  In criminal justice.
10 Q  From where?
11 A  Central Texas University.
12 Q  How long ago did you get your bachelor's?
13 A  Over 10 years ago.
14 Q  Do you have any other licenses or
15 certificates?
16 A  Licenses by the State of Florida, yes, I do.
17 Q  Can you tell me what those are?
18 A  I have a firearm -- Instructor Firearm
19 Certificate. I have a concealed weapon certificate. I
20 have a Manager's Certificate, a Firearm Certificate, an
21 American Red Cross Instructor Certificate, a Defensive
22 Tactic Technique Certificate, an Expandable Baton
23 Certificate and a General Instructor Certificate.
24 Q  Okay. So, I will just go through all of
25 those. An Instructor Firearm Certificate you said was

11

1  the first one?
2  A  Yes.
3  Q  How long have you held that certificate for?
4  A  Over 10 years.
5  Q  Do you have to renew it?
6  A  Yes.
7  Q  How often?
8  A  Every two years.
9  Q  When was the last time you did?
10 A  Two years ago, it's up for renewal now.
11 Q  And is this something that Akal requires you
12 to have for your position?
13 A  Yes.
14    MR. BERKOWITZ: Object to form.
15 Q  (By Ms. Lewis) Okay. Your manager
16 certificate, how long ago did you get that?
17 A  Over 10 years ago.
18 Q  And how often do you have to renew it?
19 A  Every two years as well.
20 Q  When was the last time you renewed it?
21 A  Two years ago.
22 Q  Okay. And is this also something that Akal
23 requires you to have?
24 A  No.
25 Q  Firearm certificate. How long ago did you

12

1  obtain this?
2  A  Over 10 years ago. When I say certificate,
3  it's police certificate just to clarify.
4  Q  What do you mean by that?
5  A  There's two different types of certificates.
6  There's the state for the firearm instructor certificate
7  and then there's the firearm instructor certificate for
8  police; it's two different trainings.
9  Q  Okay. And you currently have both, correct?
10 A  Yes, I do.
11 Q  And the firearm certificate for the police, is
12 that still current?
13 A  Yes, it is.
14 Q  You have to renew it every two years?
15 A  Five years.
16 Q  Five years?
17 A  Four or five years, yes.
18 Q  Do you remember when was the last time you
19 renewed it?
20 A  Two years ago.
21 Q  Is this required by Akal for you to have?
22    MR. BERKOWITZ: Object to form.
23 A  No.
24 Q  (By Ms. Lewis) And the next one was American
25 Red Cross Certificate?

13

1  A  Yes.
2  Q  How long have you had this certificate?
3  A  Over 10 years as well.
4  Q  Okay. How often do you have to renew it?
5  A  Every two years.
6  Q  Do you remember when was the last time you
7  renewed it?
8  A  A year ago.
9  Q  And what is the certificate for?
10 A  It allows you to teach CPR and first aid.
11 Q  Is this something required by Akal?
12 A  Yes, it is.
13 Q  The Defense Tactic Certificate, how long ago
14 have you held that?
15 A  A year -- a year ago.
16 Q  Do you have to --
17 A  No, how long have I held that? Oh, over 10
18 years.
19 Q  And you renewed it a year ago?
20 A  Yes.
21 Q  Okay. And what does the certificate allow you
22 to do? What is it for?
23    MR. BERKOWITZ: Object to form.
24 A  The defensive tactic?
25 Q  (By Ms. Lewis) Yes.



Elias, Marc   01-19-2018

**Page 14**

1  A   Okay. It allows me to teach basic defensive
2  move blocks to the officers, how to protect themselves.
3  Q   Is this required by Akal?
4  A   Yes, it is.
5  Q   Okay. The next certificate, I think, you said
6  expandable --
7  A   Expandable baton.
8  Q   Baton. And how long have you held that
9  certificate?
10 A   Over 10 years as well.
11 Q   The last time you renewed it?
12 A   Two years ago.
13 Q   How often do you have to renew it?
14 A   Every three years.
15 Q   And what does it allow you to do?
16 A   To teach the officers that are carrying the
17 baton, the proper handling, caring of the baton and
18 usage as well.
19 Q   This is required by Akal?
20 A   Yes, it is.
21 Q   And the last one you mentioned was the General
22 Instructor Certificate?
23 A   Yes.
24 Q   What is this for -- what is the General
25 Instructor Certificate for?

**Page 15**

1  A   It allows me as a reserve police major with
2  the North Miami to teach any classes that deals with
3  police issues.
4  Q   Can you tell me what you mean by that, what do
5  you mean by police issues?
6  A   For example, we take classes of domestic
7  violence, how to handles issues of domestic violence; we
8  teach classes on the different laws in the State of
9  Florida. We teach classes on investigation -- basic
10 investigation, just -- again just different classes.
11 Q   How long have you held the certificate?
12 A   Over 10 years as well.
13 Q   How often do you have to renew it?
14 A   Every five years.
15 Q   And when was the last time you renewed it?
16 A   About two years ago.
17 Q   And what was that -- is this required by Akal?
18 A   No, it is not. I'm sorry, yes it is. I
19 apologize, yes it is.
20 Q   Is there any other licenses or certificates
21 that you hold that we haven't discussed?
22 A   No.
23 Q   Okay. As a senior instructor you said you
24 teach different firearm policies and procedures as well
25 as the 40-hour training, right?

**Page 16**

1  A   Yes.
2  Q   What does the training entail -- the 40-hour?
3      MR. BERKOWITZ: Object to form.
4  A   During the 40 hours the officer receive
5  training that is mandated by ICE and also mandated by
6  ACA that these officers must -- in order to continue
7  working that they must obtain certain training.
8  Q   (By Ms. Lewis) I'm sorry, you said that
9  training was required by ICE and then who else?
10 A   And by ACA, which is because we are
11 accredited, that certain training an officer must attend
12 it once a year; those are the 40-hour trainings.
13 Q   So, do you hold this 40-hour trainings
14 throughout the year in different groups?
15 A   Every week, yes.
16 Q   Who do you -- who else is involved in this
17 training? Who do you work with?
18     MR. BERKOWITZ: Object to form.
19 A   I am the instructor that teaches that class.
20 When we have additional -- there's another co-
21 instructor that teaches that as well but it's normally
22 myself that teaches the class.
23 Q   (By Ms. Lewis) And who is the co-instructor?
24 A   His name is Ruben Hermillo.
25 Q   Can you spell his last name for me please?

**Page 17**

1  A   H-E-R-M-E-L-L-O, I believe.
2  Q   Is he also an employee of Akal?
3  A   Yes, he is.
4  Q   Is he a co-instructor for just the 40-hour
5  training or for every training?
6  A   For every training as well, whenever I need
7  assistance.
8      MR. BERKOWITZ: Do me a favor. Let her finish
9  asking her question before you answer.
10     THE WITNESS: I'm sorry.
11 Q   (By Ms. Lewis) It's okay. Okay, that 40-hour
12 training is held every week. How many officers are per
13 session?
14     MR. BERKOWITZ: Object to form.
15 A   Ten to twelve the most.
16 Q   (By Ms. Lewis) Is the training like a class
17 setting or do they have to do practicals?
18 A   Both.
19 Q   Both. Can you tell me a little bit more about
20 what it entails?
21     MR. BERKOWITZ: Object to form.
22 A   Like what for example?
23 Q   (By Ms. Lewis) So, what is the class session -
24 - what is the class session like, what do you teach in
25 those classes?



**Page 18**

1  MR. BERKOWITZ: Object to form.
2  A  We teach radio procedures, we teach post
3  assignment, we teach report writing.
4  Q  (By Ms. Lewis) What does that mean?
5  A  Report writing, how to write a report if an
6  incident took place. We teach post orders and so forth.
7  Q  Post orders meaning?
8  A  When they arrive at a post that they are to
9  follow what the post orders say on that particular post
10 because each post is different.
11 Q  So, you put an officer, you teach them on each
12 post what the post orders are in a particular post?
13 A  No, the importance of being at that post and
14 understanding what the post order require for them to do
15 while they are working at that post.
16 Q  What other subjects do you cover in the class
17 sessions for the 40-hour training?
18 A  CPR and first aid, CPI which is crisis
19 prevention intervention, handcuffing, defensive
20 techniques.
21 Q  Anything else?
22 A  Suicide -- suicide prevention and there is a
23 few -- maybe other subjects as well.
24 Q  What about --
25 THE COURT REPORTER: I'm sorry?

**Page 19**

1  THE WITNESS: And there is other subjects as
2  well.
3  Q  (By Mr. Lewis) What about the practical
4  sessions?
5  A  On the practical sections we do defensive
6  techniques and also the handcuffing, as well as scenario
7  based with the crisis prevention.
8  Q  Okay. What other classes do you teach?
9  MR. BERKOWITZ: Objection to form.
10 A  The firearm.
11 Q  (By Ms. Lewis) What does that entail?
12 A  Proper carrying of the firearm, proper storage
13 of the firearm, proper usage of the firearm, use of
14 force and other subjects as well.
15 Q  Is this training also a class setting and a
16 practical setting?
17 A  Yes, it is.
18 Q  How long is this training for?
19 MR. BERKOWITZ: Object to form.
20 A  It all depends how many students are attending
21 the class.
22 Q  (By Ms. Lewis) How many students on average do
23 you have?
24 A  You can have one.
25 MR. BERKOWITZ: Objection to form. I'm so

**Page 20**

1  sorry, slow down just a bit.
2  THE WITNESS: I will do.
3  A  You can have anywhere from 10 to 12.
4  Q  (By Ms. Lewis) So, a class that has 10
5  officers can take shorter period of time than a class
6  that has 12 officers?
7  A  Yes.
8  Q  What about the other way around? Can a class
9  that has 10 officers take longer than a class that would
10 take 12 officers or is it just because of the size that
11 it will take longer?
12 MR. BERKOWITZ: Object to form.
13 A  At times it could be the size or at times it
14 could be just more questions that shorter -- a smaller
15 class has than a bigger class.
16 Q  (By Ms. Lewis) How often is this firearm
17 training occur?
18 MR. BERKOWITZ: Object to form.
19 A  That I teach the class or that the officers
20 have to attend, I'm not --
21 Q  (By Ms. Lewis) Both?
22 A  Okay, each officer has to attend his class
23 quarterly so depending on the amount of officers that we
24 have, Andrea can schedule -- excuse me -- Ms. Gauthier
25 can schedule me for training once every two weeks or

**Page 21**

1  maybe once a month.
2  Q  Do you have any control over the scheduling of
3  this classes?
4  A  No.
5  Q  Who does?
6  A  Ms. Gauthier, the training manager.
7  Q  Do you know what she bases the training
8  schedules on?
9  MR. BERKOWITZ: Object to form.
10 A  No idea.
11 Q  (By Ms. Lewis) Any other trainings that you
12 teach on Akal?
13 A  No.
14 Q  And the firearm training, I'm assuming, is
15 based on the policies and procedures from Akal. Is that
16 correct?
17 A  Yes.
18 MR. BERKOWITZ: Object to form.
19 Q  (By Ms. Lewis) And, specifically, in this
20 particular case we are referring to the procedures and
21 policies that are set for the Krome facility, correct?
22 MR. BERKOWITZ: Object to form.
23 A  I'm not understanding.
24 Q  (By Ms. Lewis) Do you have -- is there any
25 difference between the policies and procedures from



**Page 22**

1  Akal, from facility to facility. Do you know?
2     MR. BERKOWITZ: Object to form.
3     A   No, I don't.
4     Q   (By Ms. Lewis) You only do training for
5  officers that are at Krome?
6     A   Yes.
7     Q   Okay. Where are the firearm trainings held?
8     A   They are held at the firearm range at Krome
9  itself. Krome has its own firearm range.
10    Q   And you told me that there was a class setting
11 and a practical setting, so I'm assuming the practical
12 setting takes place at the range?
13    A   Yes.
14    Q   Does the class setting take place at the range
15 as well?
16    A   Yes because the range has a classroom.
17    Q   How is that range accessed?
18        MR. BERKOWITZ: Object to form.
19    A   In the morning you have to get clearance to go
20 inside the Krome and it is -- ICE gives permission, I
21 guess, to my boss for us to utilize the range. That is
22 my understanding.
23    Q   (By Ms. Lewis) What about the officers, how do
24 they access the range?
25        MR. BERKOWITZ: Object to form.

**Page 23**

1     A   They have access to Krome with their PIV card.
2  When they go in they give their PIV card at the front
3  gate and they enter Krome, and they go straight to the
4  range.
5     Q   (By Ms. Lewis) Do they have to be in a special
6  list to access the class to be in the range?
7     A   Yes, there is a list that is given -- I
8  receive the list on a Friday for the range on Saturday
9  but it is my understanding that their captain puts out a
10 list and notify the officers when they are due to attend
11 firearm qualification.
12    Q   You don't have any involvement in how the
13 officers get their schedules?
14    A   No, I don't.
15    Q   You just receive a list the day before your
16 training to know who's supposed to be there?
17    A   Yes.
18    Q   Who gives you that list?
19        MR. BERKOWITZ: Form.
20    A   Andrea Gauthier.
21        THE COURT REPORTER: I'm sorry, what'd you
22 say?
23        THE WITNESS: Andrea Gauthier.
24    Q   (By Ms. Lewis) Once you have that list,
25 officers have to check in with you?

**Page 24**

1         MR. BERKOWITZ: Object to form.
2     A   When you say check in, what do you mean by
3  that?
4     Q   (By Ms. Lewis) Okay. So, you told me that
5  there is a list for the officers to access the range?
6     A   Yes.
7     Q   Okay. So, who has that list the day of the
8  training?
9     A   I get the list a day before.
10    Q   Okay.
11    A   So, I go to the range, they open the range for
12 us and then the officers because they already have
13 access to Krome, they just go in and they let them know,
14 hey, we have firearm training. They work there anyway.
15    Q   (By Ms. Lewis) Right. Do they have to check
16 in somewhere?
17        MR. BERKOWITZ: Object to form.
18    A   The check in is the PIV card that they have to
19 give to the officer at the front gate and the officer,
20 you know, I guess swipes them in, so there's a record
21 that they did come on that particular day.
22    Q   (By Ms. Lewis) Okay. Can somebody that's not
23 on the schedule show up to a quarterly firearm training?
24    A   No.
25        MR. BERKOWITZ: Object to form.

**Page 25**

1         THE WITNESS: Sorry.
2     A   No.
3     Q   (By Ms. Lewis) How would you prevent that from
4  happening if they can just check in and if they are
5  working they can just be swiped in, correct?
6         MR. BERKOWITZ: Object to form.
7     A   When they arrive at the class I will ask them,
8  what are they doing there.
9     Q   (By Ms. Lewis) And then if they are not in
10 your list, you send them away?
11    A   Yes.
12    Q   Who else is at the range?
13        MR. BERKOWITZ: Object to form.
14    A   Myself and the other firearm instructor.
15    Q   (By Ms. Lewis) And who is that?
16    A   Ruben Hermilio.
17    Q   But he's not always there, right?
18    A   No, he's always there.
19    Q   Always, okay. So, in the class setting you
20 teach the proper caring, the proper usage of the firearm
21 and then what do you do at the range?
22        MR. BERKOWITZ: Object to form.
23    A   At the range we shoot the course of fire, the
24 ICE-mandated course of fire.
25    Q   (By Ms. Lewis) How long does the class setting



Elias, Marc   01-19-2018

**Page 26**

1  take?
2      MR. BERKOWITZ: Object to form.
3  A   Again, it all depends on the amount of
4  questions, the class size, so a few hours.
5  Q   (By Ms. Lewis) Is the class setting taught in
6  a group?
7  A   Yes, the group of officers that are there,
8  yes.
9  Q   Can an officer attend a training late?
10 A   No.
11 Q   So, like there is -- it's never happened that
12 an officer comes in late for a training?
13 A   No.
14 Q   What happens if they do come in late?
15 A   They do not attend.
16 Q   Do you know how far in advance are officers
17 notified that they are scheduled for training?
18     MR. BERKOWITZ: Form.
19 A   No, I don't know.
20 Q   (By Ms. Lewis) What do you do if someone who's
21 on your list doesn't show up?
22     MR. BERKOWITZ: Object to form.
23 A   I notify my supervisor of it after the class.
24 Q   (By Ms. Lewis) But you would do that after the
25 class? You wouldn't do it like at the beginning or in

**Page 27**

1  the middle or --
2  A   As far as calling --
3      MR. BERKOWITZ: Object to form.
4  A   As far as calling Andrew Gauthier, no.
5  Q   (By Ms. Lewis) Do you notify anybody else?
6      MR. BERKOWITZ: Object to form.
7  A   No.
8  Q   (By Ms. Lewis) Do you know what Akal's
9  policies are to reschedule quarterly training for their
10 officers?
11 A   No, I don't.
12 Q   And you wouldn't know what the procedure is,
13 right?
14 A   No.
15 Q   And you have any involvement?
16 A   No, I don't.
17     MR. BERKOWITZ: Object to form.
18 Q   (By Ms. Lewis) Do you know who makes the
19 determination when an officer needs to be rescheduled?
20 A   No, I don't.
21 Q   Is there a written policy that officers cannot
22 attend their training late?
23 A   It's always been since I've been there, the
24 policy.
25 Q   Do you know if there's like something in

**Page 28**

1  writing?
2  A   I just know that it's always been the policy.
3  Q   Can they be five minutes late?
4      MR. BERKOWITZ: Object to form.
5  A   No.
6  Q   (By Ms. Lewis) Not even five minutes. If you
7  are not there at 8 o'clock in the morning, you are not
8  there, you are done?
9  A   Exactly.
10 Q   Do you have any knowledge regarding Akal's
11 policies of discrimination?
12     MR. BERKOWITZ: Object to form.
13 A   No.
14 Q   (By Ms. Lewis) Do you issue any disciplinary
15 action to officers that fail to show up to your
16 training?
17 A   No.
18 Q   Who would be in charge of that?
19     MR. BERKOWITZ: Object to form.
20 A   I wouldn't know.
21 Q   (By Ms. Lewis) Have you met Mr. Baussiquot
22 before?
23     MR. BERKOWITZ: Object to form.
24 A   While at Krome, yes.
25 Q   (By Ms. Lewis) You remember when you met him?

**Page 29**

1  A   At the first training that he attended.
2  Q   Do you know anything about his performance as
3  an officer?
4  A   No, I do not.
5  Q   How did he do during your trainings?
6      MR. BERKOWITZ: Object to form.
7  A   I would have to look at -- this has been years
8  ago, the first time I met him. I would have to look at
9  the documents.
10 Q   (By Ms. Lewis) Okay. In general, do you
11 remember how he did during your trainings?
12     MR. BERKOWITZ: Object to form.
13 A   Fairly well.
14 Q   (By Ms. Lewis) Do you have any recollection of
15 what his demeanor was towards you, was he respectful?
16 A   Yes, respectful.
17 Q   Did you ever receive any complaints about Mr.
18 Baussiquot?
19     MR. BERKOWITZ: Object to form.
20 A   No.
21 Q   (By Ms. Lewis) Did you have any complaints
22 about Mr. Baussiquot?
23     MR. BERKOWITZ: Object to form.
24 A   No.
25 Q   (By Ms. Lewis) I'm going to ask you questions



877.291.3376
www.UCRinc.com

                                                          30
1  regarding the September 24 range qualification testing?
2     A   Okay.
3         MR. BERKOWITZ: 2016?
4         MS. LEWIS: 2016.
5         THE WITNESS: '16, yes.
6     Q   (By Ms. Lewis) When were you advised that Mr.
7  Baussiquot was on the schedule?
8         MR. BERKOWITZ: Object to form.
9     A   The day before when I got the schedule of
10 officers due to attend.
11    Q   (By Ms. Lewis) Do you know when he was
12 advised?
13    A   No, I don't.
14    Q   What happened when he didn't show up?
15        MR. BERKOWITZ: Object to form.
16    A   I reached out to him, I called him.
17    Q   (By Ms. Lewis) You called him?
18    A   Yes.
19    Q   Is that something you normally do?
20    A   I -- it was the last day of the quarterly and
21 because he is not the type that's ever late, I was
22 concerned about his wellbeing.
23    Q   But to answer my question, is that something
24 that you normally do?
25        MR. BERKOWITZ: Object to form.

                                                          31
1     A   No, not really.
2     Q   (By Ms. Lewis) Did you contact anybody else?
3         MR. BERKOWITZ: Object to form.
4     A   In the past -- while I've been there in the
5  past or on that particular day?
6     Q   (By Ms. Lewis) On that particular day.
7     A   Explain when you say, did I contact anybody
8  else, regarding Baussiquot or just--
9     Q   Regarding Mr. Baussiquot.
10        MR. BERKOWITZ: Object to form.
11    A   Captain Seymour.
12    Q   (By Ms. Lewis) When did you contact her?
13    A   Immediately after I spoke to him.
14    Q   What time did you call Mr. Baussiquot?
15    A   Don't remember but I know it was within a few
16 minutes after 8 o'clock, but the specific time I do not
17 remember.
18    Q   So, the training starts at 8 o'clock, right?
19    A   Yes.
20    Q   Okay. So, after a few minutes you saw that he
21 wasn't there, you decided to give him a call to make
22 sure he was okay?
23    A   Yes.
24        MR. BERKOWITZ: Object to form.
25    Q   (By Ms. Lewis) You spoke to him and then after

                                                          32
1  you spoke to him, you called Captain Seymour, correct?
2     A   I called Captain Seymour, because he had asked
3  me to call her.
4     Q   Okay. So, tell me a little bit about your
5  conversation with Mr. Baussiquot?
6         MR. BERKOWITZ: Object to form.
7     A   I called him, asked him if he was okay. He
8  said, "Chief I apologize, I'm running late." And I told
9  him, I said, "Listen, I was calling to find out how you
10 were, are you okay?" He goes, "Yes, I'm running late,
11 I'm right around." And I said, "Negative. You know the
12 policy is you have to be there at 8 o'clock." And he
13 goes, "Listen, can you do me a favor, call Captain
14 Seymour for me," and which I did.
15    Q   (By Ms. Lewis) When he asked you to call
16 Captain Seymour, what was it that he wanted you to tell
17 her?
18    A   I believe it was to call her and report to see
19 that if he could attend or not.
20    Q   Is that Captain's Seymour's position?
21        MR. BERKOWITZ: Object to form.
22    A   No, it's the policy that -- I think Captain
23 Seymour, when I called here, just reiterated what our
24 policy is; "Once you're late, you're late; you cannot
25 attend."

                                                          33
1     Q   (By Ms. Lewis) So, if you know the policy and
2  you know that nobody is allowed, why did you call
3  Captain Seymour?
4     A   It's his supervisor, I'm not his supervisor.
5  He asked me to call the supervisor. I just followed up
6  and did it.
7     Q   But Captain Seymour doesn't run the range,
8  correct?
9     A   No, she does not.
10    Q   You run the range, correct?
11    A   Yes, I do.
12        MR. BERKOWITZ: Object to form.
13    Q   (By Ms. Lewis) Okay. So, he asked you to call
14 Captain Seymour and what did you say to her?
15    A   I told him, "Listen you are late, what's
16 Captain going to do." He goes, "Elias, please call
17 Captain Seymour." And I said, "Okay."
18    Q   Okay. So, you hung up and then called Captain
19 Seymour, correct?
20    A   Yes.
21    Q   Even though she has no decision making as to
22 who comes into your range?
23        MR. BERKOWITZ: Object to form.
24    A   Yes.
25    Q   (By Ms. Lewis) What was your conversation with



### Page 34

1 Captain Seymour?
2   A  I advised her that I reached out to Baussiquot
3 because he's not a person that's normally late, advising
4 that he was running late and her answer was, "Elias, he
5 knows what the policy is, he is late, he cannot attend."
6 And she even said, "Why are you calling me?" She was
7 just reiterating the policy.
8   Q  So, you hung up with Captain Seymour and then
9 what did you do next?
10   A  I called him back as a courtesy to tell him, I
11 did speak to Captain Seymour and to reiterate our
12 policy, if you are not there at 8 o'clock, you do not
13 attend training.
14   Q  What did he say?
15   A  He just said, "Alright Chief" and hung up the
16 phone.
17   Q  And what did you do then?
18     MR. BERKOWITZ: Object to form.
19   A  I continued to -- I continued training.
20   Q  (By Ms. Lewis) How long do you think that
21 process of calling him and calling her and calling him
22 back took?
23   A  Less than five minutes.
24   Q  Did you contact anyone else?
25     MR. BERKOWITZ: Object to form.

### Page 35

1   A  No, I did not.
2   Q  (By Ms. Lewis) So, you didn't contact your
3 supervisor to let her know that Mr. Baussiquot couldn't
4 show up?
5   A  No, I did not.
6   Q  Why?
7   A  Because I normally speak to her after training
8 is over to let her know who has passed, who has not
9 passed, if there's been any issues.
10   Q  Did you contact her at the end of the
11 training?
12   A  Yes, I did.
13   Q  Did you tell her anything about Mr.
14 Baussiquot?
15   A  Yes, I did.
16   Q  What did you tell her?
17   A  I told her that I had a no show which was
18 Baussiquot.
19   Q  Anything else?
20   A  No, and who passed -- and who passed the
21 course of fire.
22   Q  Did you say anything to your supervisor about
23 your conversation with Mr. Baussiquot or his supervisor?
24     MR. BERKOWITZ: Object to form.
25   A  No, I did not.

### Page 36

1   Q  (By Ms. Lewis) Have you ever made any other
2 phone calls to an officer at the end of a quarter when
3 they are late?
4     MR. BERKOWITZ: Object to form.
5   A  Not that I recall, no.
6   Q  (By Ms. Lewis) Did you have a problem with Mr.
7 Baussiquot coming in late or showing up a few minutes
8 late for his training?
9     MR. BERKOWITZ: Object to form.
10   A  Yes, because of the fact that the policy is
11 clear, we start at 8 o'clock.
12   Q  (By Ms. Lewis) I guess, I'm having trouble
13 understanding if you did have an issue with him coming
14 into your range late, why did you go through the trouble
15 of calling your supervisor -- his supervisor to see if
16 she will let him come in late?
17     MR. BERKOWITZ: Object to form.
18   A  I did not call to see if she would let him
19 come in late. He asked me to call the supervisor. To
20 me, I didn't see any big deal. I called the supervisor
21 and all she did was reiterate what our policy was.
22   Q  (By Ms. Lewis) Was there anybody else that was
23 late for that quarterly firearm training?
24   A  No.
25   Q  What about the quarterly training before that?

### Page 37

1     MR. BERKOWITZ: Object to form.
2   A  Not that I recall, no.
3   Q  (By Ms. Lewis) Do you know any other officers
4 that have been late before for a quarterly firearm
5 training?
6   A  Yes.
7   Q  Can you tell me who those are?
8   A  One that I remember was Peterson Acluche.
9   Q  Do you remember for what training?
10   A  Firearm.
11   Q  Was he allowed to come in late?
12   A  No, he was three minutes late, showed up and
13 he was not allowed in the classroom.
14   Q  Who made that call to not let him in?
15   A  I did.
16   Q  Did you call his supervisor or anyone else?
17     MR. BERKOWITZ: Object to form.
18   A  I notified my supervisor of it, yes.
19   Q  (By Ms. Lewis) Anybody else?
20     MR. BERKOWITZ: Object to form.
21   A  No, ma'am.
22   Q  (By Ms. Lewis) Do you know if Mr. Acluche was
23 reprimanded for being late?
24   A  That I do not know.
25   Q  Do you know if Mr. Baussiquot was reprimanded



**38**

1 for being a no call, no show?
2   A   That I do not know.
3   Q   Did anybody contact you after the September
4 24th training to discuss anything regarding Mr.
5 Baussiquot?
6       MR. BERKOWITZ: Object to form.
7   A   No.
8   Q   (By Ms. Lewis) After that incident, did you
9 have any conversations with anybody else regarding Mr.
10 Baussiquot in general?
11      MR. BERKOWITZ: Object to form.
12  A   No.
13  Q   (By Ms. Lewis) Do you know anything about his
14 termination?
15  A   No, I don't.
16  Q   The report that you give your supervisor who
17 has passed the firearm requalification session, you only
18 give it to her verbally?
19      MR. BERKOWITZ: Object to form.
20  A   No, she gets a copy of different forms that
21 has to be filled out by the officers. She received
22 those forms along with the silhouettes, the targets.
23  Q   (By Ms. Lewis) Do you know where are those
24 kept?
25  A   They are kept in a storage room.

**39**

1   Q   What about officers that didn't show up, how
2 does she know who didn't show up and needs to be
3 rescheduled?
4       MR. BERKOWITZ: Object to form.
5   A   I advise her and she looks at the sign-in
6 sheet along with the sheet she gives them and she would
7 know which officer did not show up.
8   Q   (By Ms. Lewis) So, for every qualification
9 testing there is a sign-in sheet where the officer has
10 to check in?
11  A   Yes, this is how they get paid. Yes.
12  Q   Do you know where those are kept?
13  A   I believe in our storage closet as well.
14      (Thereupon, a short discussion was held off
15      record.)
16      (Deposition resumed.)
17  Q   (By Ms. Lewis) Mr. Elias, I'm going to show
18 you what I have marked as Exhibit 1 of this deposition.
19      (Thereupon, Plaintiff's Exhibit 1 was entered
20      into the record.)
21  Q   (By Ms. Lewis) Just take a minute to review
22 the document and let me know when you're done. For the
23 record, this is Defendant's Bate 000182 to 000183,
24 Information Report -- form.
25  A   Okay.

**40**

1   Q   Okay. Have you seen this document before?
2   A   No, it's the first time.
3   Q   Did you have a chance to read the details
4 portion of it?
5   A   Yes.
6   Q   Is this accurate?
7   A   No, it is not.
8   Q   So, you think Mr. Baussiquot lied when he
9 completed this report?
10  A   All I said is that it is not accurate.
11  Q   So, is that a yes?
12      MR. BERKOWITZ: Object to form.
13  A   When you say lie, as far as what?
14  Q   (By Ms. Lewis) Well, it says here that he was
15 contacted by Captain Seymour telling him that he was a
16 no call, no show and that after he asked her to attend
17 the course even if he was a few minutes late, she
18 replied, no, and then he contacted you.
19  A   That's the --
20      MR. BERKOWITZ: Object to form. That's not
21      actually a question.
22      THE WITNESS: Okay, sorry.
23  Q   (By Ms. Lewis) Is that not accurate?
24  A   No, it is not.
25  Q   You never told Mr. Baussiquot that you didn't

**41**

1 have an issue with him arriving late?
2   A   No, I never said that to him.
3   Q   Did you advise Mr. Baussiquot that he had to
4 return his gun locker key?
5   A   No, I did not.
6   Q   Did Captain Seymour ever said that to you?
7       MR. BERKOWITZ: Object to form.
8   A   No, she did not.
9   Q   (By Ms. Lewis) So, in your opinion Mr.
10 Baussiquot lied in this report?
11      MR. BERKOWITZ: Object to form.
12  A   As far as where he's stating where my name is,
13 everything else that he wrote before and after, I have
14 no knowledge of it.
15  Q   (By Ms. Lewis) Were you ever contacted by AGS
16 in any type of investigation regarding this issue?
17      MR. BERKOWITZ: Object to form.
18  A   No.
19  Q   (By Ms. Lewis) Were you ever contacted by AGS
20 regarding any issue with Mr. Baussiquot?
21      MR. BERKOWITZ: Object to form.
22  A   No, I was not.
23  Q   (By Ms. Lewis) Have you ever been involved in
24 any investigations regarding an employee in AGS?
25      MR. BERKOWITZ: Object to form.



**42**

1  A   No.
2  Q   (By Ms. Lewis) Have you ever been involved in
3  an investigation regarding an employee in general while
4  working at Akal?
5  A   Yes.
6  Q   Can you tell me a little bit about that?
7      MR. BERKOWITZ: Object to form.
8  A   The best of my recollection was an employee
9  did something that was wrong and because I do the
10 teaching of the class, I had to give a statement that
11 this is the way that I teach them, that particular
12 incident that took place.
13 Q   (By Ms. Lewis) Do you remember who that
14 employee was?
15 A   No, I don't.
16 Q   Do you remember what he did wrong?
17     MR. BERKOWITZ: Object to form.
18 A   To the best of my recollection, no.
19 Q   (By Ms. Lewis) Was that the only time you were
20 involved in an investigation?
21 A   Yes.
22 Q   Were you ever asked to give a statement
23 regarding Mr. Baussiquot's training with you?
24 A   No, I was not.
25 Q   Did Mr. Baussiquot ever violated any policies

**43**

1  or procedures while he was in training with you?
2      MR. BERKOWITZ: Object to form.
3  A   No.
4  Q   (By Ms. Lewis) Did you ever give him any type
5  of coaching or informal evaluation about his performance
6  during your trainings?
7      MR. BERKOWITZ: Object to form.
8  A   Yes.
9  Q   (By Ms. Lewis) Can you tell me a little bit
10 about that?
11     MR. BERKOWITZ: Object to form.
12 A   There was one time that he was -- during his
13 quarterly shooting, I noticed that he was jerking the
14 trigger and in between going from one stage to the other
15 stage. I brought that up to him and told him how to
16 correct that and which is something that I do with all
17 the officers.
18 Q   (By Ms. Lewis) Do you remember when that was?
19 A   No.
20 Q   How did he respond when you gave him that
21 coaching?
22 A   He was very happy.
23 Q   Do you remember any other instances that you
24 gave him coaching?
25 A   No, to be honest, that's the only one that I

**44**

1  can recall right now.
2  Q   I have no further questions.
3      MR. BERKOWITZ: Nothing for me.
4      THE COURT REPORTER: Nothing for you.
5      MR. BERKOWITZ: We'll read.
6      (Deposition concluded at 11:06 A.M.)
7      (Reading and signing of the deposition by the
8  witness has been reserved.)

**45**

1  DATE:   FEBUARY 1, 2018
   TO:     MARC ELIAS
2          C/O
           JASON D. BERKOWITZ, Esquire
3          JACKSON LEWIS, P.C.
           2 SOUTH BISCAYNE BLVD., SUITE 3500
4          MIAMI, FL 33131
5  IN RE:  HERBERT BAUSSIQUOT vs. AKAL SECURITY, INC.
6  CASE NO: 17-CV-22446-CIV
7  Dear Mr. ELIAS,
8      Please take notice that on the 19th day of January,
   2018, you gave your deposition in the above-referenced
9  matter. At that time, you did not waive signature. It
   is now necessary that you sign your deposition. You may
10 do so by contacting your own attorney or the attorney
   who took your deposition and make an appointment to do
11 so at their office. You may also contact our office at
   the below number, Monday - Friday, 9:00 AM - 5:00 PM,
12 for further information and assistance.
13     If you do not read and sign your deposition within
   thirty (30) days, the original, which has already been
14 forwarded to the ordering attorney, may be filed with
   the Clerk of the Court.
15
       If you wish to waive your signature, sign your name
16 in the blank at the bottom of this letter and promptly
   return it to us.
17
   Very truly yours,
18
   _____
   MELLISSA BRIGGETTE, Court Reporter
19 Universal Court Reporting
   (954)712-2600
20
   I do hereby waive my signature.
21
22
23
   _____
24 MARC ELIAS
   Cc: via transcript:    NATHALY LEWIS, Esquire
25                        JASON D. BERKOITZ, Esquire



## Page 46

1  CERTIFICATE OF REPORTER
2  STATE OF FLORIDA
3  COUNTY OF MIAMI-DADE
4
5      I, MELLISSA BRIGGETTE, Court Reporter and Notary
6  Public for the State of Florida, do hereby certify that
7  I was authorized to and did digitally report and
8  transcribe the foregoing proceedings, and that the
9  transcript is a true and complete record of my notes.
10     I further certify that I am not a relative,
11 employee, attorney or counsel of any of the parties, nor
12 am I a relative or employee of any of the parties'
13 attorneys or counsel connected with the action, nor am I
14 financially interested in the action.
15
       Witness my hand this 1st day of February, 2018.
16
17
18
19
20
   _____
21 MELLISSA BRIGGETTE, COURT REPORTER
   NOTARY PUBLIC, STATE OF FLORIDA
22
23
24
25

## Page 47

1  CERTIFICATE OF OATH
2  STATE OF FLORIDA
3  COUNTY OF MIAMI-DADE
4
5      I, MELLISSA BRIGGETTE, the undersigned authority,
6  certify that MARC ELIAS, personally appeared before me
7  and was duly sworn on the 19th day of January, 2018.
8
       Witness my hand this 1st day of February, 2018.
9
10
11
12
13
14
   _____
15 MELLISSA BRIGGETTE, COURT REPORTER
   NOTARY PUBLIC, STATE OF FLORIDA
16 Commission No.: FF 219223
   Commission Exp: 04/12/2019
17
18
19
20
21
22
23
24
25

## Page 48

1       ERRATA SHEET
2  I wish to make the following changes, for the following reasons:
3
   PAGE NO.  LINE NO.
4
        _____ _____ CHANGE_____
5
               REASON_____
6
        _____ _____ CHANGE_____
7
               REASON_____
8
        _____ _____ CHANGE_____
9
               REASON_____
10
        _____ _____ CHANGE_____
11
               REASON_____
12
        _____ _____ CHANGE_____
13
               REASON_____
14
        _____ _____ CHANGE_____
15
               REASON_____
16
        _____ _____ CHANGE_____
17
               REASON_____
18
        _____ _____ CHANGE_____
19
               REASON_____
20
        _____ _____ CHANGE_____
21
               REASON_____
22
        _____ _____ CHANGE_____
23
               REASON_____
24
25  _____   _____
    SIGNATURE              DATE



UNIVERSAL COURT REPORTING

877.291.3376
www.UCRinc.com