

**AKAL**
**SECURITY**

P.O. Box 1197, Santa Cruz, NM 87567 • 7 Infinity Loop, Espanola, NM 87532
505-753-7832 • 888-325-2527 • Fax 505-753-8689

November 17, 2016

*Sent via Federal Express*

Herbert Baussiquot
1971 NE 168th Street
North Miami Beach, FL 33162-3115
Phone: (786) 277-9810

Mr. Baussiquot,

Based on the results of an investigation into your recent actions, Akal has lost confidence in your ability to properly carry out your duties as a Detention Officer and comply with all policies and procedures.

Therefore, your employment with Akal Security, Inc. is terminated effective today's date, November 17, 2016.

If you have not already done so, please immediately return all of your Company and government issued ID and equipment to your Assistant Project Manager, Joseph Olmedo.

Please address any questions in writing to the attention of Josephine Coker, Employee Relations Manager, at P.O. Box 1197, Santa Cruz, NM 87567.

Respectfully,

*Carol Q Frost*

Carol Frost
Director, Human Resources

I      N      G      O      D      W      E      T      R      U      S      T

**EXHIBIT 18**

DEF 000201